COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Juan Jose Rojas v. Lilian Guardado

Appellate case number:   01-13-00049-CV

Trial court case number:   2010-01030

Trial court:               311th District Court of Harris County

Before the court is the Motion for Clarification on Abated Appeal filed by appellant, Juan Jose Rojas. On September 26, 2013, the court directed the trial court to make additional findings of fact and conclusions of law. On October 18, 2013, the trial court entered its Second Amended Findings of Fact and Conclusions of Law, which it subsequently filed with this court as part of a supplemental clerk's record.

We **GRANT** the motion to the extent that it requests leave to file a supplemental brief to address the legal and factual sufficiency of the trial court's findings of fact and conclusions of law. Appellant may file an amended brief **within 30 days of the date of this order.** Should appellee Lilian Guardado choose to do so, she may file an amended responsive brief **within 60 days of the date of this order.**

It is so ORDERED.


Judge's signature: /s/ Justice Michael Massengale
              ☒ Acting individually     ☐ Acting for the Court


Date:  April 10, 2014